IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

KENNETH JAMES HENDRIX, )
)
    Plaintiff, )
)
v. ) CV 106-193
)
B. NICHOLS, Doctor; FNU MENDOZA, )
Doctor; TIM YOUNG, Doctor; FNU )
BROWN, Doctor; and VICTOR WALKER, )
Warden, )
)
    Defendants. )

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, an inmate incarcerated at Augusta State Medical Prison, in Grovetown, Georgia, filed the above-captioned complaint pursuant to 42 U.S.C. § 1983. Plaintiff completed the standard complaint form provided to prisoners (doc. no. 1), but he failed to submit an application to proceed *in forma pauperis* ("IFP") or the $350.00 filing fee. (Staff Note, Dec. 8, 2006). On December 8, 2006, the Clerk's Office mailed Plaintiff a letter informing him of this deficiency in his filings and directing him to submit either the $350.00 filing fee or an application to proceed IFP within ten (10) days. Plaintiff was warned that if he did not comply within this time period his complaint would be forwarded to the Court and subject to a recommendation of dismissal.[1] (Id.; Clerk's Letter of Dec. 8, 2006, on file with

---

[1] According to Loc. R. 4.1, the commencement of a civil action requires compliance with four specific criteria, including the presentation of the original complaint and the appropriate filing fee, or the original complaint and a petition to proceed IFP.

the Court). Plaintiff failed to submit an application to proceed IFP or the $350.00 in response to the Clerk's letter.

On February 6, 2007, the Court granted Plaintiff twenty (20) additional days to submit the filing fee or to submit a properly completed motion to proceed IFP. (Doc. no. 2). Plaintiff was cautioned that failure to respond would result in a recommendation to the presiding District Judge that this case be dismissed without prejudice. (Id.). The time to respond to the Court's February 6th Order has expired without a response from Plaintiff. Therefore, in accordance with Loc. R. 4.1(1), the Court **REPORTS** and **RECOMMENDS** that this case be **DISMISSED**, without prejudice.

SO REPORTED and RECOMMENDED this 23rd day of March, 2007, at Augusta, Georgia.

_____
W. LEON BARFIELD
UNITED STATES MAGISTRATE JUDGE