IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

KENNETH JAMES HENDRIX, )
)
Plaintiff, )
)
v. ) CV 106-193
)
B. NICHOLS, Doctor, et al., )
)
Defendants. )

**O R D E R**

After a careful *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice, and this civil action shall be **CLOSED**.

SO ORDERED this 30 day of April, 2007, at Augusta, Georgia.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE